EDWARD JACOBY, Respondent, *v.* HENRY A. OCKERHAUSEN, Appellant.

(Argued December 7, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Frederick E. Anderson* for appellant.

*Clarence Melbury Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____